FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 DEC 17 AM 9:47

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TERRY BROWN,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN MORTON, Warden,<br>D. Ray James Correctional Facility; and<br>JAMES DONALD, Commissioner of<br>the Georgia Department of Corrections,<br><br>    Respondents. | Case No. CV407-148 |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _17_ day of _December_, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA